ACCEPTED
15-25-00064-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 2:16 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00064-CV

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 2:16:29 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS STATE BOARD OF SOCIAL WORKER EXAMINERS, ET AL.,

*Appellants,*

v.

KATHERIN YOUNIACUTT AND TAMMY THOMPSON,

*Appellees.*

Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Case No. D-1-GN-24-009236

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellees move to extend the time to file their opening brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). Appellants do not oppose the requested extension.

I.

Appellees opening brief is currently due on July 8, 2025. Appellants seek a 30-day extension, creating a new deadline of August 7, 2025. This is Appellees' first request for an extension.

## II.

Appellees request this extension due to the complexity of the issues on appeal and to accommodate the schedule of Appellees' counsel, James Knight. Mr. Knight's recent and upcoming deadlines include drafting a response brief to a motion to compel due June 23, 2025, in *Schmidt, et al. v. City of Norfolk, et al.*, No. 2:24-cv-621, in the Eastern District of Virginia, discovery objections and responses in the same case due June 24 and July 9, 2025, respectively, as well as ongoing discovery in other cases. Mr. Knight is also out of the office on a pre-planned vacation from July 3, 2025, through July 20, 2025. Mr. Knight's co-counsel, Arif Panju, is drafting briefs due on July 18 and July 25, 2025, and preparing for an oral argument scheduled for August 5, 2025, in *McEwen, et al. v. Bill Lee, Governor, et al.*, No. 20-0242-II consolidated with No. 20-0143-II, in the Chancery Court of Tennessee, Davidson County.

Appellees do not seek this extension for delay and no party will be prejudiced if it is granted.

## III.

Appellees respectfully request that the Court grant a 30-day extension of the deadline for filing Appellees' opening brief, extending the deadline to and including August 7, 2025.

Dated: June 25, 2025.     Respectfully submitted,


Arif Panju                                  /s/ James T. Knight II
(TX Bar No. 24070380)            James T. Knight II*
Institute for Justice                 (D.C. Bar No. 1671382)
816 Congress Avenue, Suite 970   Andrew Ward*
Austin, TX 78701                      (NY Bar No. 5364393)
Tel.: (512) 480-5936               Institute for Justice
apanju@ij.org                         901 N. Glebe Rd., Suite 900
                                           Arlington, VA 22203
                                           (703) 682-9320
                                           jknight@ij.org
                                           award@ij.org

**Counsel for Appellees**          *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, a true and correct copy of the foregoing motion was filed with the Clerk of Court and served in compliance with the Texas Rules of Appellate Procedure via the Court's electronic filing system on the following counsel of record:

Beth Klusmann
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1914
Fax: (512) 474-2697
Beth.Klusmann@oag.texas.gov

*Counsel for Appellants*

/s/ James T. Knight II
James T. Knight II


## CERTIFICATE OF CONFERENCE

As required by Texas Rules of Appellate Procedure 10.1(a)(5), I certify to the Court that I conferred with opposing counsel on June 23, 2025, about the merits of this motion and opposing counsel has indicated that she does not oppose the motion.

/s/ James T. Knight II
James T. Knight II

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Arif Panju on behalf of Arif Panju
Bar No. 24070380
apanju@ij.org
Envelope ID: 102421989
Filing Code Description: Motion
Filing Description: APPELLEES UNOPPOSED MOTION FOR EXTENSION OF TIME
Status as of 6/25/2025 2:21 PM CST

Associated Case Party: Katherin Youniacutt and Tammy Thompson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Arif Panju | 24070380 | apanju@ij.org | 6/25/2025 2:16:29 PM | SENT |
| James T. Knight II | | jknight@ij.org | 6/25/2025 2:16:29 PM | SENT |

Associated Case Party: Texas State Board of Social Workers Examiners, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Ramsey | 24051227 | John.Ramsey@oag.texas.gov | 6/25/2025 2:16:29 PM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 6/25/2025 2:16:29 PM | SENT |
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 6/25/2025 2:16:29 PM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 6/25/2025 2:16:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 6/25/2025 2:16:29 PM | SENT |
| Andrew Ward | | andrew.ward@ij.org | 6/25/2025 2:16:29 PM | SENT |
| Ashlynn Acosta | | aacosta@ij.org | 6/25/2025 2:16:29 PM | SENT |
| Claire Purple | | cpurple@ij.org | 6/25/2025 2:16:29 PM | SENT |